JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DICKIE AMMED MORALES ) | CASE NO. CV 13-5176 SH |
| Plaintiff, ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO |
| vs. ) | EAJA, 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ) | _____ |
| Defendant ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded in the amount of $2,800.00, subject to the terms of the stipulation.

Dated: September 08, 2014

_____
STEPHEN J. HILLMAN
U.S. Magistrate Judge